**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:19-cv-20580-WILLIAMS/TORRES**

BRIAN GALLANT.,
    *Plaintiff*,
v.

TRACFONE WIRELESS, INC.,
    *Defendant*.
_____/

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

    Plaintiff Brian Gallant and Defendant TracFone Wireless, Inc., pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), file this Joint Stipulation of Dismissal agreeing that this action is dismissed in its entirety, with prejudice. By agreement of the parties, each party shall be responsible for its own respective fees and costs.[1]

**Dated:  April 8, 2019**

By: /Scott Edelsberg

Scott A. Edelsberg
Email: scott@edelsberglaw.com
Edelsberg Law P.A.
19495 Biscayne Blvd, Ste. 607
Aventura, Florida 33180
Tele: 305.975.3320

Andrew J. Shamis
Email: ashamis@sflinjuryattorneys.com
Shamis & Gentile, P.A.
14 N.E. 1st Ave, Ste. 1205
Miami, Florida 33131
Tele: 404.797.9696

*Attorneys for Plaintiff*

By:  s/ *Aaron S. Weiss*

Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Carlton Fields, P.A.
100 S.E. 2nd Street, Ste. 4200
Miami, Florida 33131
305.530.0050

*Attorneys for Defendant*

---

[1] While controlling precedent confirms that this stipulation is self-executing (*see Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), to the extent necessary the parties agree to entry of an order consistent with this stipulation.